

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00395-CR

## EX PARTE TRAE THOMPSON

**From the 82nd District Court
Robertson County, Texas
Trial Court No. 13-05-19650-CR**

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal as moot because he entered a plea in the trial court.  *See* TEX. R. APP. P. 42.2(a); *Oldham v. State,* 5 S.W.3d 840, 846 (Tex. App.—Houston [14th Dist.] 1999, pet. ref'd) ("Issues concerning pretrial bail are moot after the accused is convicted.").

We have not issued a decision in this appeal, and Appellant personally signed the motion.  The motion is granted, and the appeal is dismissed as moot.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed February 13, 2014
Do not publish
[CR25]